UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Burton C. Wise</u>

        v.                        Case No. 09-cv-235-PB

<u>Thomas Kilmartin, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 27, 2009`.

SO ORDERED.

July  31, 2009                            /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Burton Wise, Pro se